UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND, et al.,<br><br>    Defendants. | Case No: 20-cv-02774 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

The Court has been advised that the Parties have agreed to a settlement of this matter. Dkt. No. 53. Accordingly,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and pretrial/trial dates will be reset, provided such motion is filed within 90 days of the date this order is filed.

IT IS SO ORDERED.

Dated: July 16, 2021

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge